# United States District Court
# Central District of California

| | |
|---|---|
| NATROL LLC, | Case No. 2:15-cv-06649-ODW(AFM) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE: DAMAGES** |
| PRO FIGHT SPORTS LLC, and DOES 1-10, inclusive, | |
| Defendants. | |

In light of Plaintiff's Motion for Default Judgment (ECF No. 18.), the Court **ORDERS** Plaintiff to supply the Court with information as to exact damages amounts and specifics as to what relief is sought against Defendants.  Plaintiff is to submit such information **by January 25, 2016**.  No hearing will be held.

**IT IS SO ORDERED.**

January 12, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**